**DAVIS v. STATE.**

No. 26815.

Court of Criminal Appeals of. Texas.

Feb. 3, 1954.

Rehearing Denied March 17, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted as a third offender for violating the liquor law in Scurry County, and his punishment was assessed at a fine of $2500.

■ All proceedings appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented. for review.

The judgment of the trial court is therefore affirmed.

On Appellant's Motion for Rehearing.

WOODLEY, Judge.

■ In his motion for rehearing appellant for the first time contends that he was deprived of his constitutional rights because of discrimination in the selection of the jury panel.

Except for the allegations of the motion filed in this court, there is nothing in the record to show that appellant is a Negro, and nothing to show that there were no Negroes on the jury panel or on the jury which tried him.

It is made to appear that no statement of facts or bills of exception have been filed in the trial court and none appear in the record.

In the absence of a statement of facts in regard to the jury question raised, or on the question of guilt or innocence, nothing is before us for review on this appeal.

Appellant's motion for rehearing is overruled.